IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| OVIE WAYNE DOBBINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | Civil Action No. 6:14-CV-055-C |

## ORDER

Plaintiff appealed an adverse decision of Defendant, Carolyn Colvin, Acting Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). The United States Magistrate Judge entered a Report and Recommendation on February 25, 2016. No party filed timely objections. After reviewing the Report and Recommendation, the Court is of the opinion that it should be adopted.

It is, therefore, ORDERED that the findings and conclusions in the Report and Recommendation are hereby ADOPTED by the Court. The Commissioner's decision is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED** with prejudice.

Dated this 25th day of March, 2016.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE